UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-20094-DPG

ABEL DANILDO GEREZ BATISTA and
all others similarly situated under 29 U.S.C.
216(b),

    Plaintiff,

v.

WINDOW MART, INC., LILIANA
MORALES, LUIS A. MORALES,

    Defendants.
_____/

### DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    Defendants, WINDOW MART, INC., LILIANA MORALES, and LUIS A. MORALES, by and through their undersigned counsel hereby file this Certificate of Interested Persons and Corporate Disclosure Statement:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

|   |   |   |
|---|---|---|
| a. | Known Name of Plaintiff | Abel Danildo Gerez Batista |
| b. | Counsel for Plaintiff | J.H. Zidell, Esq.<br>Steven C. Fraser, Esq.<br>Julia M. Garrett, Esq.<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141 |

1

  c. Named Defendant s      Window Mart, Inc.
                     Liliana Morales
                     Luis A. Morales

  d. Counsel for Defendants     Adi Amit, Esq.
                       Lubell & Rosen, LLC
                     200 S. Andrews Ave., Suite 900
                     Fort Lauderdale, FL 33301

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

 None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

 None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

 Plaintiff, Abel Danildo Gerez Batista.

 I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

 Respectfully submitted, this 3rd day of June, 2015.

                LUBELL & ROSEN, LLC
                *Attorneys for Defendants*
                200 S. Andrews Ave, Suite 900
                Ft. Lauderdale, Florida 33301
                Phone: (954) 880-9500
                Fax: (954) 755-2993
                E-mail: adi@lubellrosen.com

                By: *s/Adi Amit*
                  Adi Amit, Esquire
                  Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2015, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By:____/s *Adi Amit*_____
Adi Amit, Esquire
Florida Bar No: 35257


## SERVICE LIST

*Abel Danildo Gerez Batista v. Window Mart, Inc., et al.*
S.D. Fla. Case No. 1:15-cv-20094-DPG


| | |
|---|---|
| J.H. Zidell, Esq. | Adi Amit, Esquire |
| Julia M. Garrett, Esq. | LUBELL & ROSEN, LLC |
| Steven C. Fraser, Esq. | 200 S. Andrews Avenue |
| J.H. Zidell, P.A. | Suite 900 |
| 300 71st Street | Fort Lauderdale, Florida 33301 |
| Suite 605 | adi@lubellrosen.com |
| Miami Beach, Florida 33141 | *Counsel for Defendants* |
| zabogado@aol.com | |
| jgarrett.jhzidellpa@gmail.com | |
| steven.fraser.esq@gmail.com | |
| *Counsel for Plaintiff* | |