UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-20094-DPG

ABEL DANILDO GEREZ BATISTA and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
)
            Plaintiff, )
vs. )
)
)
WINDOW MART, INC., )
LILIANA MORALES, )
LUIS A. MORALES, )
)
)
           Defendants. )
_____ )

**MOTION TO MODIFY SCHEDULING ORDER TO EXPAND THE DEADLINE FOR FILING PLAINTIFF'S MOTION FOR SUMMARY FINAL JUDGMENT**

      Plaintiff, by and through undersigned counsel, pursuant to Local Rule 7.1, hereby files this Motion of Time to Extend the Filing of Discovery and Summary Final Judgment and requests an entry of an order granting the above-described motion ("Motion for Enlargement"), and as good cause states:

      1.    Plaintiff initiated this action on alleging certain FLSA allegations.

      2.    Based upon the Scheduling and Case Management Order, the plaintiff is to file her Motion for Summary Judgment by October 1, 2015. [ECF 22].

      3.    Plaintiff has filed her amended complaint to add a party defendant based upon deposition testimony from the defendants indicating that Plaintiff worked for another entity.  It

should be noted that the amendment was filed before the discovery deadline and before the time upon which to file amended complaints.

4. The Court has yet to enter its order on that motion.

5. Should the court grant the Motion to Amend the Complaint to add the new party, Plaintiff would then need time additional time to complete jurisdictional discovery related to this new party defendant.

## ARGUMENT

It is impossible to proceed with summary judgment by plaintiff on the pleadings in their present state and that by filing a motion for summary judgment, given the current state of pleadings disadvantages the plaintiff and will unduly and unfairly complicate plaintiff's motion for summary final judgment.

## MEMORANDUM OF LAW

Although the Court takes into consideration whether the request will impact the trial calendar and the reasons, the Court has discretion to grant enlargements, *See, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc*., No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08), here, plaintiff had diligently sought discovery leading to a proposed amendment to the scheduling order. E.E.O.C. v. Exel, Inc. 259 F.R.D. 652 (N.D. Ga. 2008).(finding good cause). Defendants Window Mart, Inc. and Lillana Morales provided testimony indicating that Plaintiff worked for another entity. The pending motion to amend complaint should constitute good cause shown to justify the requested extension under Fed. R. Civ Proc. 6 and *Hetzel v. Bethlehem Steel Corp*., 50 F.3d 360 (5th Cir. 1995).

**CERTIFICATE OF GOOD FAITH CONFERENCE; UNABLE TO CONFER**

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in the motion but has been unable to do so.  The reasonable efforts made were specifically as follows: Based upon a telephone call to opposing counsel's office, on Friday September 25, 2015 counsel was not in the office because at the time.    Plaintiff has reached out on September 27, 2015 to opposing counsel via email and has not received a response.

/s/*Steven C. Fraser*
_____
Steven C. Fraser

**REQUEST FOR STATUS CONFERENCE**

Wherefore, Plaintiff respectfully requests a status conference, on any date other than 9/28/15 (Succot), 9/29/15 (Succot), 10/5/15 (Shimini Atzeret), 10/6/15 (Simchas Torah).

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27th  2015, I electronically filed the foregoing Motion To Extend Time to Comply with Mediation.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

__/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

Email: steven.fraser.esq@gmail.com

## SERVICE LIST

VIA cm/ECF
Adi Amit
Fla. Bar No. 35257
*Counsel for Defendant*
Lubell & Rosen, LLC
200 S. Andrews Ave, Suite 900
Fort Lauderdale, FL 33301-2068
Tel: (954) 880-9500
Fax (954) 755-2993
Email: adi@lubellrosen.com