UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-20094-DPG

ABEL DANILDO GEREZ BATISTA and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

WINDOW MART, INC., LILIANA MORALES, LUIS A. MORALES,

    Defendants.
_____/

## DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND MEDIATION DEADLINE [DE #28]

Defendants, WINDOW MART, INC., LILIANA MORALES, and LUIS A. MORALES, by and through their undersigned counsel, hereby file their Response in Opposition to Plaintiff's Motion to Extend Mediation Deadline [DE #28] filed herein on September 25, 2015 as follows:

1. On September 25, 2015, Plaintiff's counsel filed a document identified as "Joint Motion for Extension of Time to Complete Mediation." See, DE #28.

2. Plaintiff's Motion identified the motion as "Joint" even though he had no authority or permission from Defendants' counsel to do so.

3. In fact, even Plaintiff's own motion provides information that negates its description as "Joint." In it, Plaintiff's counsel states the following:

> Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the movant has **made reasonable efforts** to confer with all parties and non-parties who may be affected by the relief sought in the motion **but has been unable to do so**. The reasonable efforts made were specifically as follows: Based upon a telephone call to opposing counsel's office, right before filing this motion, and was informed by his Ft. Lauderdale office that defense counsel was not in the office because he had stepped out to Miami.

1

(emphasis added).

4. Despite the language above, Plaintiff's counsel took the liberty to designate the motion as "joint," – misrepresenting to the Court that Defendants' joined Plaintiff's motion.

5. For the reasons set forth in their Response in Opposition to Plaintiff's Motion to Amend [DE #26] and in their Response in Opposition to Plaintiff's Motion for Extension of Time [DE #30,] Defendants also oppose Plaintiff's request to extend the mediation period. Specifically, this is a case that is utterly without merit, as the discovery in this case and documents previously provided to counsel and filed in Court demonstrate. Without discussing the underlying facts, it is Defendants' belief, based on past communications with Plaintiff's counsel, that mediation beyond the deadline will only serve to waste the Parties limited resources and further inflict financial stress that will result in impasse, which is the overall theme of Plaintiff's prosecution of this case.

WHEREFORE, Defendants request that the Court deny Plaintiff's Motion and any other relief the Court deems just and proper, including for the mis-designation of the Motion as "Joint" when it is not.

Respectfully submitted this 28th day of September, 2015.

>LUBELL & ROSEN, LLC
>*Attorneys for Defendants*
>200 S. Andrews Ave, Suite 900
>Ft. Lauderdale, Florida 33301
>Phone: (954) 880-9500
>Fax: (954) 755-2993
>E-mail:   adi@lubellrosen.com
>
>By: *s/Adi Amit*
>      Adi Amit, Esquire
>      Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2015, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Adi Amit
Adi Amit, Esquire
Florida Bar No: 35257

## SERVICE LIST

*Abel Danildo Gerez Batista v. Window Mart, Inc., et al.*
S.D. Fla. Case No. 1:15-cv-20094-DPG

| | |
|---|---|
| J.H. Zidell, Esq. | Adi Amit, Esquire |
| Julia M. Garrett, Esq. | LUBELL & ROSEN, LLC |
| Steven C. Fraser, Esq. | 200 S. Andrews Avenue |
| J.H. Zidell, P.A. | Suite 900 |
| 300 71st Street, Suite 605 | Fort Lauderdale, Florida 33301 |
| Miami Beach, Florida 33141 | adi@lubellrosen.com |
| zabogado@aol.com | *Counsel for Defendants* |
| jgarrett.jhzidellpa@gmail.com | |
| steven.fraser.esq@gmail.com | |
| *Counsel for Plaintiff* | |