UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-20094-DPG

ABEL DANILDO GEREZ BATISTA and
all others similarly situated under 29 U.S.C.
216(b),

    Plaintiff,

v.

WINDOW MART, INC., LILIANA
MORALES, LUIS A. MORALES,

    Defendants.
_____/

## **DEFENDANTS' STATEMENT OF MATERIAL UNDISPUTED FACTS**

Defendants, WINDOW MART, INC., LILIANA MORALES, and LUIS A. MORALES, pursuant to Fed. R. Civ. P. 56 and to S.D. Fla. L.R. 56.1(a), hereby submit their Statement of Material Undisputed Facts to which the Defendants contend there are no genuine issues to be tried.

    1.    Defendant, WINDOW MART, INC., has not conducted any business, had no employees, had no income or revenue, and had no expenses in the years 2013 and 2014 – the years Plaintiff alleges to have worked for it. See, ¶5, DE #26-1 (*Affidavit of Liliana Morales* in Support of Defendants' Response in Opposition to Motion to Amend and Exhibits attached thereto).

    2.    Defendant, LILIANA MORALES, owns another entity – WM International Group, LLC – which is not a Defendant in this case. That entity did conduct business in 2013 and 2014 and, consequently, had employees, including Plaintiff. See, ¶4, DE #26-1.

1

3. Plaintiff did not work for Window Mart, Inc. See, Response No. 4, *Defendants' Responses to Interrogatories* – Exhibit "A".

4. While working for Liliana Morales's entity, he earned $600 per week by check, which was later reduced to $500 per week by check. From time to time he also received varying amounts in bonus. See, *Exhibit "A"* – Response No. 2.

5. WM International Group, LLC repairs windows using parts bought from local vendors and sells them to local buyers. It has one location in North Miami, Florida, and has between 3-4 employees working for it, including Ms. Morales and her husband, Luis A. Morales. See, ¶9, DE #26-1.

6. Plaintiff's Complaint alleges he worked as a manual laborer handling windows, between August 10, 2013 and December 19, 2014. See, Plaintiff's Complaint – ¶10, DE #1.

7. While working for WM International Group, LLC, Plaintiff's work included help in the warehouse and repairing windows from parts. He never ordered any parts from local or out of state vendors, and was never involved in the movement of any material or goods outside of Florida for WM International Group, LLC. See, ¶8, DE #26-1.

8. Plaintiff did handle products used by WM International Group, LLC, which were bought locally from local vendors. See, *Exhibit "A"* – Response No. 9.

9. The name "Window Mart" has been a registered fictitious name, owned by WM International Group, LLC. See, ¶7, DE #26-1; see also, DE #26-1, at page 32.

10. Window Mart, Inc. and even WM International Group, LLC (although not a Defendant in the case) did not have gross revenues equal or exceeding $500,000.00 in 2013 or 2014 – individually or combined (stacked). See, ¶3, DE #26-1; see also, DE #26-1, at pages 6-27

– the individual Defendants' tax returns for 2013 and 2014, which include the revenues for WM International Group, LLC.

Respectfully submitted, this 1st day of October, 2015.

> LUBELL & ROSEN, LLC
> *Attorneys for Defendants*
> 200 S. Andrews Ave, Suite 900
> Ft. Lauderdale, Florida 33301
> Phone: (954) 880-9500
> Fax: (954) 755-2993
> E-mail:    adi@lubellrosen.com
>
> By: *s/Adi Amit*
>     Adi Amit, Esquire
>     Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1, 2015, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> By:   /s *Adi Amit*
>     Adi Amit, Esquire
>     Florida Bar No: 35257

## SERVICE LIST

*Abel Danildo Gerez Batista v. Window Mart, Inc., et al.*
S.D. Fla. Case No. 1:15-cv-20094-DPG

| | |
|---|---|
| J.H. Zidell, Esq.<br>Julia M. Garrett, Esq.<br>Steven C. Fraser, Esq.<br>J.H. Zidell, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141<br>zabogado@aol.com<br>jgarrett.jhzidellpa@gmail.com<br>steven.fraser.esq@gmail.com<br>*Counsel for Plaintiff* | Adi Amit, Esquire<br>LUBELL & ROSEN, LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Fort Lauderdale, Florida 33301<br>adi@lubellrosen.com<br>*Counsel for Defendants* |