UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-20094-DPG

ABEL DANILDO GEREZ BATISTA and all others similarly situated under 29 U.S.C. 216(b),

   Plaintiff,

vs.

WINDOW MART, INC.,
LILIANA MORALES,
LUIS A. MORALES,

   Defendants.

_____

### NOTICE OF ENTRY OF NEW PARTY DEFENDANT

Plaintiff, Abel Danildo Gerez Batista, by and through undersigned counsel and hereby files his Notice of Adding a New Party Defendant named WM INTERNATIONAL GROUP, LLC, to the cause.

1. WM INTERNATIONAL GROUP, LLC is being added as a new party Defendant in this matter.

2. The Clerk is requested to add, WM INTERNATIONAL GROUP, LLC, as an additional defendant.

### CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2015, I electronically filed the foregoing Motion To Extend Time to Comply with Mediation.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified,

either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

   /s/Steven C. Fraser  
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

## SERVICE LIST

<u>VIA cm/ECF</u>
Adi Amit
Fla. Bar No. 35257
*Counsel for Defendant*
Lubell & Rosen, LLC
200 S. Andrews Ave, Suite 900
Fort Lauderdale, FL 33301-2068
Tel: (954) 880-9500
Fax (954) 755-2993
Email: adi@lubellrosen.com