UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-20094-DPG

ABEL DANILDO GEREZ BATISTA and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
)
        Plaintiff, )
  vs. )
)
)
WINDOW MART, INC., )
LILIANA MORALES, )
LUIS A. MORALES, )
WM INTERNATIONAL GROUP LLC )
)
        Defendants. )
_____

### NOTICE OF FILING PROPOSED SUMMONS FOR
### WM INTERNATIONAL GROUP LLC

Comes Now Plaintiff, by and through undersigned counsel, and hereby files a proposed Summons for WM International Group LLC.

1. Exhibit "A". Proposed Summons for WM International Group, LLC.

                Respectfully Submitted,

                Steven C. Fraser, Esq.
                J.H. Zidell, P.A.
                Attorney for Plaintiff
                300 71st Street, Suite 605
                Miami Beach, Florida 33141
                Tel: (305) 865-6766
                Fax: (305) 865 – 7167
                Email: steven.fraser.esq@gmail.com

                By:__/s/ Steven C. Fraser_____
                    Steven C. Fraser, Esq.
                    Florida Bar Number: 625825

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2015, I electronically filed foregoing Notice of Filing Proposed Summons for WM International Group, LLC with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

    __/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

## SERVICE LIST

Via cm/ECF
Adi Amit
Fla. Bar No. 35257
*Counsel for Defendant*
Lubell & Rosen, LLC
200 S. Andrews Ave, Suite 900
Fort Lauderdale, FL 33301-2068
Tel: (954) 880-9500
Fax (954) 755-2993
Email: adi@lubellrosen.com