ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2
                    Case No:  1:15-cv-20094-DPG
 3

 4     ABEL DANILDO GEREZ BATISTA and
       all others similarly situated
 5     under 29 U.S.C. 216(b)

 6              Plaintiff,

 7
       vs.
 8

 9     WINDOW MARK, INC., et. al,

10
                Defendant.
11

12     _____/

13     DEPOSITION OF:       ABEL DANILDO GEREZ BATISTA

14     DATE:               DECEMBER 4, 2015

15     TIME:               10:15 A.M. - 12:00 P.M.

16     PLACE:              LUBELL & ROSEN, LLC
                           200 SOUTH ANDREWS AVENUE
17                         SUITE 900
                           FORT LAUDERDALE, FLORIDA 33301
18
       TAKEN BY:           THE DEFENDANT
19
       REPORTED BY:        SHERYL N. BUSSINGER, CSR-1441
20                         CERTIFIED SHORTHAND REPORTER
                           NOTARY PUBLIC, STATE OF FLORIDA
21

22

23

24

25
```



**Orange Legal**
**800-275-7991**

Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 2 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                          2

```
 1    A P P E A R A N C E S:

 2    STEVEN C. FRASER, ESQUIRE
      OF:     J.H. ZIDELL, P.A.
 3            300 71st Street
              Suite 605
 4            Miami Beach, Florida 33141
              305.865.6766
 5            steven.fraser.esq@gmail.com

 6            Counsel for the Plaintiff

 7

 8    ADI AMIT, ESQUIRE
      OF:     LUBELL & ROSEN, LLC
 9            200 South Andrews Avenue
              Suite 900
10            Fort Lauderdale, Florida 33301
              954.755.3425
11            adi@lubellrosen.com

12            Counsel for the Defendant

13
      Also Present:
14            Mayra Sanchez - Interpreter

15

16

17

18

19

20

21

22

23

24

25
```



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 3 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                        3

```
 1                    I N D E X

 2   TESTIMONY OF ABEL DANILDO GEREZ BATISTA:
        Direct Examination by Mr. Amit...............4
 3      Cross-Examination by Mr. Fraser............37
        Redirect Examination by Mr. Amit...........45
 4

 5   CERTIFICATE OF OATH..........................48

 6   CERTIFICATE OF REPORTER......................49

 7

 8

 9                    *  *  *  *  *  *

10                  E X H I B I T S

11

     Exhibit #1 - Copy of check...................15
12
     (Exhibit #1 retained by Mr. Amit)
13

14

15                    *  *  *  *  *  *

16                S T I P U L A T I O N S

17      It is hereby stipulated and agreed by and between

18   counsel present for the respective parties, and the

19   deponent, that the reading and signing of the deposition

20   are hereby waived.

21

22

23

24

25
```



**Orange Legal**
**800-275-7991**

```
 1              P R O C E E D I N G S

 2                    *   *   *

 3                   THEREUPON,

 4                   MAYRA SANCHEZ,

 5     the interpreter, was sworn to truly and correctly

 6     translate English into Spanish and Spanish into

 7     English, and

 8                   ABEL DANILDO GEREZ BATISTA,

 9     having been first duly sworn through the interpreter,

10     was examined and testified as follows:

11                   DIRECT EXAMINATION

12   BY MR. AMIT:

13        Q.   Good morning.

14        A.    Morning.

15        Q.   My name is Adi Amit and I'm the attorney for

16   the defendants who have been served in this matter,

17   Window Mart and the two -- Window Mart, Inc., and the

18   two individual defendants, and we're here to take your

19   deposition, which is your testimony under oath with

20   respect to all the questions that I will be asking you.

21   Have you ever been deposed before?

22        A.    No.  Like this one?

23        Q.   Yes, sitting in a room like this with a

24   court reporter and attorneys asking you questions under

25   oath.
```



```
 1       A.    First time.

 2       Q.    Okay.  So I will explain to you what to

 3  expect out of today so you'll understand the process.

 4  What we'll do is I will ask you a series of questions,

 5  hopefully, as short and as concise as possible not to

 6  confuse you, and all I want in response is just your

 7  truthful answers.  If you do not understand a question,

 8  please let me know and I will be happy to either repeat

 9  it or restate it in a manner that you understand, okay?

10            If your attorney objects to any of the

11  questions, please let he and I finish our discussion

12  before you answer so that none of his objections are

13  waived by your conduct.

14            If you need a break at any time, please let

15  me know and I will try to accommodate it as best as I

16  can, as long as there is no question pending waiting to

17  be answered.

18            Now, you notice that today we have an

19  interpreter to help you with the Spanish to English

20  translation understanding of my questions.  To the

21  extent you understand any of my question in English, I

22  ask that you let her finish translating my questions

23  before you respond to the Spanish version so that the

24  record can reflect accurately my question and your

25  response.
```

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                        6

1        A.    Correct.

2        Q.    Also I notice that you do something that a

3    lot of people do.  We have a court reporter here and the

4    court reporter transcribes words that you say and words

5    that I say.  She cannot record you nodding the head or

6    any other nonverbal responses so what I ask is that,

7    whatever you respond, you respond in spoken word and not

8    by hand gesture, head nods, things of that nature.

9        A.    Of course.

10       Q.    So far, do you have any questions?

11       A.    No, not now.

12       Q.    Okay.  Have you taken any medication in the

13   past 24 hours that may interfere with your ability to

14   understand my questions or respond correctly and

15   truthfully?

16       A.    No, nothing.

17       Q.    Okay.  Is there any other reason that you can

18   think of that may interfere with your ability to give

19   testimony today?  It's important that you understand --

20       A.    I don't think so.

21       Q.    Okay.  It's important that you understand

22   anything that you say today you say under oath under

23   penalty of perjury.

24       A.    Yes, of course.

25       Q.    Okay.  Did you review any documents in



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 7 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                          7

```
 1    preparation for the deposition today?

 2        A.    No.

 3        Q.    Okay.  Did you meet with your attorney ahead

 4    of the deposition today?

 5        A.    No, just got the letter, the one I have here

 6    today.

 7        Q.    When was the last time you saw your attorney

 8    regarding this case?

 9        A.    Maybe a month-and-a-half ago.

10        Q.    All right.  What is your full name, please.

11        A.    Abel Danildo Gerez Batista.

12        Q.    Okay.  Can you spell each of the names that

13    you just told me.

14        A.    A-B-E-L, Abel.  D-A-N-I-L-D-O, Danildo.

15    G-E-R-E-Z, Gerez.  B-A -- B-A-T-I-S-T-A, Batista.

16        Q.    Okay.  Mr. Batista, have you ever been known

17    by any other name in the past ten years?

18        A.    No.

19        Q.    No other hyphenations or middle names,

20    different last names, different first names?

21        A.    No, those are my names.

22        Q.    Okay.  And what is your date of birth?

23        A.    It's ████/1949.

24        Q.    Okay.  And what is your current address?

25        A.    ███████████████████████, Miami, Florida
```



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 8 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                    8

```
 1    33161.

 2         Q.    And how long have you -- is that property

 3    that you own or you rent?

 4         A.    No, I rent.

 5         Q.    Okay.  And how long have you resided at that

 6    address?

 7         A.    Four years.

 8         Q.    Okay.  Do you have a car?

 9         A.    Yes, I did buy one November of 2014.

10         Q.    What kind of car?

11         A.    Chevy Astro.  '93 Chevy Astro.

12         Q.    Okay.  Do you have a Social Security number?

13         A.    I don't know if I should give my Social

14    Security number or not.

15         Q.    You should because I'm asking for it.

16              MR. FRASER:  Just under advisement -- under

17         advisement, if the -- you can give him your

18         Social.  I'd just ask that it be redacted if this

19         transcript is filed.

20              MR. AMIT:  Sure.

21    BY MR. AMIT:

22         Q.    What is the number?

23         A.    ███████-9873.

24         Q.    ███████ --

25              THE INTERPRETER:  9873.
```



ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                                    9

```
 1   BY MR. AMIT:
 2        Q.    What is your telephone number?
 3        A.    786-███████.
 4        Q.    Is that a landline or is that a cell phone?
 5        A.    It's a cell phone.
 6        Q.    Who's the carrier?
 7        A.    MetroPCS.
 8        Q.    Okay.  And how long have you had that number
 9   for?
10        A.    It's been a long time.
11        Q.    More than five years?
12        A.    Four years.
13        Q.    Okay.  And you always had that number with
14   MetroPCS?
15        A.    Yes.
16        Q.    Are you married?
17        A.    Yes.
18        Q.    What's your wife's name?
19        A.    Gladys Noelia Rivero.
20        Q.    Can you spell her names -- all her names.
21        A.    G-L-A-D -- Gladys.
22              THE INTERPRETER:  It's G-L-A-D-Y-S, Gladys.
23   Noelia, N-O-E-L-I-A.  And Rivero, R-I-V-E-R-O.
24   BY MR. AMIT:
25        Q.    Okay.  And does she reside with you?
```



**Orange Legal**
**800-275-7991**

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                                    10

```
 1        A.    Yes.

 2        Q.    Do you have any children?

 3        A.    Yes.

 4        Q.    How many?

 5        A.    Two.

 6        Q.    Are you a U.S. citizen?

 7        A.    No, I'm a resident.

 8        Q.    Okay.  When did you get your green card?

 9        A.    Three years.

10        Q.    Where were you born?

11        A.    Uruguay.

12        Q.    When did you come to the U.S.?

13        A.    March 2003.  March 11, 2003.

14        Q.    What was the basis for your coming here?

15              MR. FRASER:  Object to form.  You can answer.

16              THE WITNESS:  The country was not

17        economically sound.  It was bad.

18   BY MR. AMIT:

19        Q.    You came here -- you came here on a tourist

20   visa?

21              MR. FRASER:  Object to form.  You can answer.

22              THE WITNESS:  No, on a passport.

23   BY MR. AMIT:

24        Q.    Okay.  But you had some kind of permission to

25   come into this country.  What was the basis for you
```



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 11 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                                    11

1    coming here?

2              MR. FRASER:  Object to form.

3              THE WITNESS:  I came as a tourist, not with a

4        visa.  Only a passport.

5    BY MR. AMIT:

6         Q.    Okay.  And how did you get the green card

7    having come here as a tourist?

8              MR. FRASER:  Object to form.

9              THE WITNESS:  My daughter is a U.S. citizen

10       and she requested it.

11   BY MR. AMIT:

12        Q.    What's the name of your daughter?

13        A.    Luciana Horta.

14             THE INTERPRETER:  It's Luciana,

15       L-U-C-I-A-N-A.  Horta, H-O-R-T-A.

16   BY MR. AMIT:

17        Q.    Okay.  Where does Luciana reside?

18        A.    She lives in Brickell.

19        Q.    Do you remember the address?

20        A.    I don't recall.

21        Q.    Is she married?

22        A.    No, she's divorced.

23        Q.    How long has she lived in Brickell for?

24        A.    Not too long.  A few months.  Four months,

25       five, maybe.



**Orange Legal**
**800-275-7991**

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                            12

```
 1        Q.    Where did she live before that?  Do you know?

 2        A.    She lived on the northwest section -- on the

 3   southwest, 136th and 4th Terrace.

 4        Q.    Does she have a telephone number?

 5        A.    Yes.

 6        Q.    What's her phone number?

 7        A.    305          .

 8        Q.    Is that her cell phone?

 9        A.    Yes.

10        Q.    Do you file your taxes every year?

11        A.    Yes.

12        Q.    Did you file for 2013?

13        A.    Yes.  Yes, I did, because they did not want

14   to -- when I was working, they didn't want to take my

15   Social so I had to do it on my own.

16        Q.    So you prepared your own taxes?

17        A.    Yes, with a professional person.

18        Q.    Who was that person?

19        A.    Conrado is the name.  I don't remember the

20   last name.

21              THE INTERPRETER:  C-O-N-R-A-D-O.

22   BY MR. AMIT:

23        Q.    Okay.  And do you have Conrado's telephone

24   number?

25        A.    No, I don't.
```



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 13 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                    13

```
 1        Q.    Okay.  Do you know which company Conrado
 2   worked for?
 3        A.    No, I don't know.  I just know his name.  And
 4   I did the 2013 with him.
 5        Q.    Okay.  Do you have a copy of your taxes for
 6   2013?
 7        A.    Yes, I do but not here.  I have it home.
 8        Q.    Sure.  What about 2014?  Did you file taxes
 9   for 2014?
10        A.    Yes.
11        Q.    Did Conrado prepare the taxes for 2014 as
12   well?
13        A.    No, I did them at 57th and Flagler but I
14   don't know the name of the lady.  I don't remember the
15   lady's name.  I have the copy at home also.
16        Q.    Okay.  When did you work for the defendants?
17              MR. FRASER:  Objection.
18              THE WITNESS:  I began on August 10 of 2013.
19   BY MR. AMIT:
20        Q.    August 7th?
21              THE INTERPRETER:  August 10th.
22   BY MR. AMIT:
23        Q.    August 10th of 2013?
24        A.    Yes, 2013.
25        Q.    Okay.  And when did you stop working?
```



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 14 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                            14

```
 1        A.     December 19th of 2014.

 2        Q.     Okay.  Are you currently employed?

 3        A.     No, I just do odd jobs, whatever comes up.

 4        Q.     Did you do odd jobs while you working for the

 5   defendants as well?

 6        A.     No.

 7        Q.     Okay.  Do you recall specifically which

 8   entity employed you while you worked for the defendants?

 9        A.     I was working for Body Relo (phonetic).  It's

10   a company that installs crystals.

11        Q.     All right.  Let's -- let's stop for a second

12   because I don't think you're answering my question.  All

13   right.  I'll ask a simple question and I need you to

14   answer in a simple response.  Okay.  No discussions,

15   just a response.  Which entity employed you between

16   August 10, 2013 and December 19 of 2014?

17        A.     Window Mart.

18        Q.     Okay.  Do you know them as Window Mart or do

19   you know them as Window Mart, Inc., or was it

20   WM International Group, LLC?  Which entity -- do you

21   know exactly which entity employed you?

22        A.     It's -- I know Window Mart on 7th Avenue.

23        Q.     So you know them as Window Mart, correct?

24        A.     Okay.  Yes, the ones that employed me were

25   Luis Morales and Liliana Morales.
```



1      Q.    **Have you received any document from the**
2  **defendants that says Window Mart, Inc. on it?**
3      A.    No.
4      Q.    **Now how were you paid?  Was it -- did you**
5  **receive checks?**
6      A.    It was half check, half cash.  Sometimes all
7  check, all -- and sometimes all cash.
8      Q.    **Okay.  When you received checks, do you**
9  **recall what the checks said on them as far as the entity**
10 **that those checks belonged to?**
11     A.    Well, I would read Window Mart but I didn't
12 read with details specifically what all it said on the
13 checks.
14     Q.    **Okay.  So it said Window Mart on it and not**
15 **Window Mart, Inc., correct?**
16         MR. FRASER:  Object to form.
17         MR. AMIT:  Just give me one second, please.
18     I need a two-minute break.
19                (Brief recess)
20         MR. AMIT:  Sorry about the delay.
21     (Exhibit Number 1 marked for identification)
22         MR. FRASER:  Did you get that on the record,
23     ma'am?
24         THE COURT REPORTER:  No, I was marking the
25     exhibit.



**Orange Legal**
**800-275-7991**

```
1              MR. FRASER:  The question to him was is he

2         going to supplement his initial disclosure.  This

3         is my first time seeing this documentation.  His

4         response?

5              MR. AMIT:  You got my response?

6              THE COURT REPORTER:  I was marking the

7         exhibit, no.

8              MR. AMIT:  Okay.  My response was that at

9         this time, I don't have to supplement anything.

10        I'm just showing it to him.

11   BY MR. AMIT:

12        Q.    All right.  Mr. Batista, look at the page I

13   have in front of you.

14        A.    Yes.

15        Q.    You see there is a copy of a check on it

16   made to --

17        A.    Yes, here (indicating).

18        Q.    -- made out to you.  Is that correct?

19        A.    Yes, I see my name here and the quantity, the

20   amount.

21        Q.    Okay.  Do you see who signed that check?

22        A.    Yes, it says Liliana Morales.

23        Q.    What's the entity that this check -- this

24   bank account belonged?  Do you see that?

25        A.    Well, the checks I would get would say
```

Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 17 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                          17

```
 1   Window Mart, but this doesn't say Window Mart.
 2        Q.    What does it say?
 3        A.    It says International, LLC.
 4        Q.    It says WM International Group, LLC.  Is that
 5   correct?
 6        A.    Well, I don't remember this.  I would have to
 7   check and see if I have a copy.
 8        Q.    Okay.  But I'm asking what this says.
 9        A.    On top, it says International but the checks
10   he would give me all said Window Mart.
11        Q.    Okay.  So you don't recall receiving this
12   check or checks that look like that.  Is that correct?
13   Is that what you're telling me?
14        A.    Yes.  I don't recall.  I don't recall this
15   check.
16        Q.    All right.  Where is your bank account?
17        A.    Bank of America.
18        Q.    Bank of America, okay.  What's your account
19   number?
20        A.    I have to check here.  Let's see if I have it
21   here.
22              MR. FRASER:  I'd just ask that if this record
23        is filed that the bank account number be redacted.
24              MR. AMIT:  We'll redact everything except for
25        the last four.
```



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 18 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                              18

```
 1                 MR. FRASER:  Very well.

 2                 MR. AMIT:  Same for the Social Security

 3        number before.

 4                 MR. FRASER:  Okay.

 5                 THE WITNESS:  It's this one.

 6   BY MR. AMIT:

 7        Q.    Can you read it to me.

 8        A.         4      0853.

 9        Q.    Okay.  Other than this bank account, have you

10   had any other bank account in the past five years?

11        A.    No.  All with Bank of America.  Well, I do

12   have one with Capital One.  Capital One.

13        Q.    Is that a bank account or is that a credit

14   card account?

15        A.    Yes, it's a credit card.

16        Q.    So the only bank account that you've had in

17   the past five years is the Bank of America with the

18   account number that you just stated under -- under oath?

19        A.    Yes, I have a debit card and I have a credit

20   card.

21        Q.    Okay.  Can I have that back?

22                 MR. AMIT:  You can keep it or whatever you

23        want to do.

24                 MR. FRASER:  Thank you.

25   BY MR. AMIT:
```



Orange Legal
800-275-7991

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                                    19

```
 1        Q.    All right.  The entity that you worked for
 2   between August 10, 2013 and December 19, 2014, how many
 3   locations did they have?
 4        A.    Locations for work?
 5        Q.    Locations where it had materials and a store.
 6        A.    The material it had in the business.
 7        Q.    Was it in just one location or multiple
 8   locations, places where they had offices?
 9        A.    Where I worked was where they had all the
10   materials and that's where I worked.
11        Q.    And that was only one location?
12        A.    Yes, there.
13        Q.    Okay.  And where was that location?  Do you
14   recall?
15        A.    Northwest -- it's on 12005 Northwest 7th
16   Avenue.
17        Q.    Northwest what?
18              THE INTERPRETER:  7th Avenue, Miami, Florida.
19              THE WITNESS:  I don't recall the Zip.
20   BY MR. AMIT:
21        Q.    Okay.  And what does that company do?  Do you
22   remember?
23        A.    They sell window -- window repairs, crystals.
24   They fix windows.  They sell new windows.
25        Q.    Let's do it little by little.  So they repair
```



ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                                20

```
 1    windows?

 2         A.    Yes, I did the repairs.

 3         Q.    Okay.  And they sell new windows?

 4         A.    Yes, they also sell new windows.

 5         Q.    Okay.  Other than repairing windows and

 6    selling new windows, what else does that company do?

 7         A.    They also install doors.

 8         Q.    Okay.  Anything else?

 9         A.    And they will sell just parts.

10         Q.    Parts for what?

11         A.    Window parts and doors.

12         Q.    Anything else?

13         A.    That's what they did.  I did all the

14    installations under their responsibility.

15         Q.    Okay.  We'll get to your -- we'll get to what

16    you did in a second.  Right now, I'm just asking about

17    the company.

18         A.    Okay.  Yes.

19         Q.    Now you said that they install doors.  Do

20    they also install windows?

21         A.    Yes.

22         Q.    Okay.  And --

23         A.    They had a man that did this job.

24         Q.    Okay.  It wasn't you?

25         A.    Very little.  Few times, I installed windows
```

Orange Legal
800-275-7991

Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 21 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                        21

```
 1   because all I did was repair and -- repair and replace

 2   the crystals, the glass.

 3        Q.    The glasses on the windows you mean?

 4        A.    Yes.

 5        Q.    How often would you go out and actually

 6   install windows or doors?

 7        A.    The doors, we would fix the wheels on the

 8   doors and for the windows, when we needed to replace

 9   glass, I would go with another person that would do

10   that.

11        Q.    Okay.  And how often would you go and replace

12   a window or a door outside of the facility of your

13   company?

14        A.    Every day and all day.

15        Q.    Okay.

16        A.    And we would sometimes do also estimates

17   first.

18        Q.    You did the estimates or someone else did the

19   estimates and you were there -- just there with them?

20        A.    I would go and see everything that needed to

21   be done and then they would give the price.

22        Q.    Who's they?  Who gave the price?

23        A.    Liliana Morales or Luis Morales.

24        Q.    Okay.  And the jobs that you went out to look

25   at, you know, at the replacement, would that be only
```



ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                      22

```
 1    Miami-Dade County?
 2        A.    Yes.  It would be all, yes, within -- it
 3    would be Miami Beach, the 441 and all that south.
 4    Sometimes South Beach.
 5        Q.    Did you ever go out to Broward for
 6    installations?
 7        A.    No.  No, another person would go, another
 8    man.
 9        Q.    And what was the name of the person -- what
10    was that person's name?
11        A.    Melvin.
12        Q.    Do you know Melvin's last name?
13        A.    No.  I would have to call him but I don't
14    know.
15        Q.    Did you ever go to Palm Beach County to
16    install anything?
17        A.    Not -- not myself.  I know that Melvin would
18    go there.
19        Q.    Okay.  And did you ever go outside of Florida
20    to install anything?
21        A.    No, only in Florida.
22        Q.    Okay.  Now describe to me, as detailed as you
23    can slowly so I can write it down, your job function.
24    What is it that you did on a daily basis there.
25        A.    I went in first doing -- making screens.
```



1        Q.      Okay.

2        A.      Which was cutting and just putting together

3    the screen.

4        Q.      Okay.  Other than making screens, what else

5    did you do there?

6        A.      Okay.  There was a lot of work for

7    screening -- for screens.  There was hardly any other

8    time for anything else but then later on, I would also

9    repair windows that he would buy and -- oh, he would buy

10   windows that people would take out and would sell to him

11   for about five dollars and I would then repair them.

12       Q.      Who bought them?

13       A.      Clients would come and bring the windows.

14   They did not want a new window because they were 60,

15   $70, too expensive so they would sell repaired windows.

16       Q.      Okay.  But you said -- to quote you, you said

17   "he" would buy.  Who is he?

18       A.      Luis.

19       Q.      Okay.  Did you ever buy any of those windows?

20       A.      I would -- I would take them out from the

21   back part and take them out.

22       Q.      Okay.  So you made screens.  You repaired

23   windows.

24       A.      And, yes, inside and then I would go out.

25       Q.      Okay.  And then did you also install windows?



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 24 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                                    24

1         A.    Very few times, in cases of emergency that
2    they asked me to.

3         **Q.    Okay.  Now is that it?  That's all the things**
4    **that you did?  If I'm incorrect, please add or correct**
5    **me.  You made screens, you repaired windows and in**
6    **emergencies, you installed windows.  Is there anything,**
7    **other than these three items, that you did on a regular**
8    **basis?**

9         A.    I would -- I would just take off the parts
10   that weren't going to be used and aluminum and the parts
11   of the windows that were not usable and I would sell as
12   recycling.

13        **Q.    All right.  So you would take apart windows**
14   **and frames and then you would put the parts in the yard**
15   **that you had at the facility, correct?**

16        A.    When there was a lot, I would take it then to
17   32 and 8th of Northwest.

18        **Q.    Is that a recycling facility for metal?**

19        A.    Yes, they -- they just -- just get them --
20   it's a -- it's a company that melts them down.

21        **Q.    Okay.  And when you got to the facility --**
22   **you drove a truck there, I'm assuming, some kind of a**
23   **truck, a van.**

24        A.    Yes, a pickup truck.

25        **Q.    You did it by yourself?**



Orange Legal
800-275-7991

```
 1        A.    Yes.

 2        Q.    Okay.  And so you would come to that facility

 3   and you'd give them the metal that you had?

 4        A.    Yes, and they would pay me cash.

 5        Q.    They would give you the cash and then you

 6   would take the cash back to the facility?

 7        A.    Yes, to Luis Morales.

 8        Q.    You handed it to Luis, correct?

 9        A.    Yes, with a receipt that I got.

10        Q.    Okay.  Did you ever take -- strike that.

11              Now the parts that you used to repair the

12   windows and to make screens, do you know where they came

13   from?

14        A.    What he would buy to make the screens came

15   from Barton Kramer.  It's a company near to the airport.

16   And in the box, it said Made in China.

17        Q.    Okay.  Did you ever place orders for any of

18   those materials?

19        A.    No, I was not authorized to do that.

20        Q.    So who did that?

21        A.    Another guy name Hensen, but he is no longer

22   there.

23        Q.    How do you spell his name, Hensen?

24        A.    Hensen, H-E-N --

25        Q.    Oh, Hensen.
```



1        A.     H-E-N-S-E-N, Hensen.

2        **Q.     First name again.  Is that his first name or**

3   **is that his last name?**

4        A.     Hensen Medina is the last name.

5               THE INTERPRETER:  M-E-D-I-N-A.

6   BY MR. AMIT:

7        **Q.     Okay.  And he's the only one that placed**

8   **orders, other than Luis or Liliana, correct?**

9        A.     Yes, it was -- he was there with them for a

10  long time.

11       **Q.     As part of your job with Window Mart, did you**

12  **ever communicate with anyone outside of Florida?**

13       A.     No.  No, just worked for Window Mart.

14       **Q.     Yeah, but did you ever call anyone outside --**

15  **for the business outside of Florida?**

16       A.     For the work?  Well, when I needed to consult

17  something, I would call the store when I was out doing a

18  job.

19       **Q.     Which store?**

20       A.     When I was working with a client sometimes.

21       **Q.     Okay.  But those clients were in Miami-Dade**

22  **County, right?**

23       A.     Yes.  Yes.  Yes, here in Florida.

24       **Q.     Okay.  So you never called or spoke with**

25  **anyone outside of Florida, correct?**



ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                    27

```
 1        A.    No, no, no.
 2        Q.    Did you ever answer the phone while you
 3   worked for Window Mart?
 4        A.    No, never.
 5        Q.    Was there a computer at Window Mart?
 6        A.    Yes.  In the office, there was a computer.
 7        Q.    Did you ever use the computer?
 8        A.    No.  I don't know how to work with a
 9   computer.
10        Q.    Okay.  Was there a fax machine at the -- at
11   the office there?
12        A.    Yes, there was.
13        Q.    Did you ever use the fax machine?
14        A.    No.
15        Q.    Did you ever send any letters on behalf of
16   Window Mart?
17        A.    The correspondence did come and it would say
18   Window Mart.
19        Q.    Okay.  But did you ever send letters on
20   behalf of Window Mart?
21        A.    No, no, no.
22        Q.    Did customers ever pay you?
23        A.    No, never.  When I used to work outside of
24   the store, they would give me the cash or if not, they
25   will have to pay with a card directly with the -- with
```



Case 1:15-cv-20094-DPG  Document 47-3  Entered on FLSD Docket 12/22/2015  Page 28 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                                28

 1    the store.

 2         Q.    Did you ever pay invoices for Window Mart?

 3         A.    No.  No, I did not.

 4         Q.    How many people worked with you at Window

 5    Mart at any given time including Liliana and Luis?

 6    What's the most amount of people that ever worked with

 7    you at the same time?

 8         A.    Up to five.

 9         Q.    Were there any times where it was just you,

10    Liliana and Luis?

11         A.    No, because Hensen was always there and then

12    they took another Cuban guy and the son, which are the

13    ones that are there now.

14         Q.    Okay.  So it was either four or five people

15    at the same time, correct?

16         A.    Maximum amount, we were five and then it

17    lessened and then we were three.

18         Q.    Okay.  And that includes Luis and Liliana?

19         A.    No, that's aside from them.

20         Q.    Okay.  So it's three to five in addition to

21    Luis and Liliana?

22         A.    Yes.  It was Hensen, myself and Raoul and

23    then Raoul's son which is Christoff, I think.

24         Q.    So that's four.  Anyone else?

25         A.    And then before, there was a lady called



```
 1    Marta -- named Marta that left.

 2         Q.    Okay.  But were the five individuals that you

 3    just mentioned, Hensen, you, Christoff, Raoul and Marta

 4    ever together at the same time working?

 5         A.    It was momentarily till midday because Marta

 6    was helping out in the office.  She would clean.  She

 7    would help with the clients.

 8         Q.    Okay.  And how much were you paid?

 9         A.    I was paid a hundred dollars a day.

10         Q.    How many days?

11         A.    Six days, from Monday to Saturday.

12         Q.    What was your schedule?

13         A.    Every day.  And it would be 8 a.m. to 6,

14    6:30, 7, depending.

15         Q.    Eight a.m. to six?

16              THE INTERPRETER:  6:30 or to 7 p.m.

17    BY MR. AMIT:

18         Q.    Did you ever take any lunch breaks or any

19    other breaks?

20         A.    I would take -- if I was in the store, I

21    would take a half an hour for lunch, but if I needed to

22    go get a part and it was lunchtime, I would then take my

23    lunch on the way.  Otherwise, I would not get a lunch

24    break.

25         Q.    Okay.  And I forgot to ask you earlier.  As
```



ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA

1    part of your job, have you ever -- have you ever looked

2    at Window Mart's bank account?

3         A.    No, I never.  No, I never went to the bank.

4         Q.    Have you ever spoken to Window Mart's

5    accountants, if they had any?

6         A.    No, never spoke to them.

7         Q.    Do you have any personal knowledge as to

8    Window Mart's finances?

9         A.    No.  No, not that.

10        Q.    So you wouldn't know how much Window Mart

11   grossed in revenue coming in in 2013, for instance,

12   right?

13        A.    Because -- well, from what I know, they would

14   make from 2,000 to 2,500 per day because they would sell

15   windows, new, repaired windows, glass.

16        Q.    How do you know that they made 2,500 per day

17   if you never saw the bank account and you never -- and

18   you never talked to anyone like a CPA or an accountant?

19        A.    Because they would count the money in front

20   of me.  When they would leave late, I was there.  And I

21   would bring in each day 300, $400.

22        Q.    So you brought in 300, $400 a day yourself?

23        A.    Because they asked for cash so it would be

24   100, 2, 3, $400.

25        Q.    What's the maximum amount of money that you



Orange Legal
800-275-7991

Case 1:15-cv-20094-DPG  Document 47-3  Entered on FLSD Docket 12/22/2015  Page 31 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                                31

 1    brought in in one day that you held in your hands?

 2        A.    When we went to install a door and fix the

 3    wheels on the doors and put in the glass, it could be

 4    $800.

 5        Q.    Okay.  And how often did you hold $800 in

 6    your hand for the company?

 7        A.    They were a hundred dollars -- they were by a

 8    hundred dollars.

 9        Q.    I know but how often did it happen?  Once a

10    week, once a month?  How often did you hold $800 -- as

11    much -- as much as $800?

12        A.    Very few times.  Two hundred to 300, yes,

13    because it was minor repairs but very few times.

14        Q.    All right.  So, normally, it would be

15    anywhere between 200 and 300 per day and then on

16    occasion, you had 800, correct?

17        A.    Yes, very little.  When we would fix this

18    type of door.

19        Q.    Now do you have any reason to think that tax

20    returns filed by Window Mart for 2013 or 2014 would be

21    inaccurate?

22            MR. FRASER:  Object to form.

23            THE WITNESS:  Mine were not correct because

24        with the taxes -- my taxes, they didn't want to

25        take my Social.



```
 1    BY MR. AMIT:

 2         Q.    Okay.

 3         A.    But the rest I don't know.

 4         Q.    Okay.  So you -- all right.  I didn't ask you

 5    about your taxes.  I asked you about Window Mart's taxes

 6    or Liliana's taxes or Luis' taxes.  Do you have any

 7    information that would make you believe that whatever

 8    they filed in their tax returns is not accurate?

 9         A.    Well, she would get in late.  She would say

10    that she had problems with the IRS.

11         Q.    Okay.

12         A.    That's all I know.

13         Q.    That's all you know?

14         A.    Yes, that's what she would say.

15         Q.    Okay.  All right.  Who has -- other than

16    yourself, can you identify to me other individuals who

17    may have information regarding your allegations of the

18    complaint?

19              THE INTERPRETER:  About his complaints?

20              MR. AMIT:  I'm sorry?

21              THE INTERPRETER:  The question was about his

22         complaints?

23              MR. AMIT:  Yeah, about the complaint that he

24         filed in this case.

25              THE WITNESS:  Well, the ones that knew me and
```

```
 1        worked there with me were Melvin and Hensen

 2        Medina.

 3   BY MR. AMIT:

 4        Q.     What would Melvin know?

 5        A.     That I worked there and I did all the work

 6   outside also.

 7        Q.     Okay.  Would they have information about the

 8   hours that you worked?

 9        A.     Yes.

10        Q.     Okay.  Would they have personal knowledge of

11   how much you were paid?

12        A.     Yes, they knew that I was getting paid a

13   hundred dollars.

14        Q.     How did they know that?

15        A.     Because I comment -- I commented on that.

16        Q.     Did they ever see you receive the money?

17        A.     Yes, they would pay me there on front before

18   I left.

19        Q.     Okay.  Did you ever speak to anyone regarding

20   your complaint in this matter other than your lawyers?

21        A.     I commented to Melvin that I was claiming

22   my -- my own -- my -- my thing.

23        Q.     Who did you comment to?

24        A.     Melvin.

25        Q.     When did you speak to Melvin about it?
```



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 34 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                        34

```
 1         A.    It's been a while now.

 2         Q.    How long ago?

 3         A.    Maybe 15, 20 days.

 4         Q.    No, that's not long ago.  Fifteen, 20 days

 5    ago?

 6         A.    Yes, and I was not feeling -- I was upset

 7    about -- about this.

 8         Q.    Why were you upset?

 9         A.    Because I would claim my overtime hours and

10    they would tell me that I -- it did not belong to me.

11         Q.    Okay.  And what did you specifically say to

12    Melvin in your conversation?

13         A.    That I wanted to claim my hours.  That's all.

14         Q.    Can you quote yourself, what exactly it is

15    that you told him?

16         A.    I told him that I wanted to claim my overtime

17    hours and they never paid me.

18         Q.    Okay.  What did he say?

19         A.    He didn't say anything.

20         Q.    Okay.  Did you ask him whether he was going

21    to testify in your favor?

22         A.    I didn't ask him.  I just said that just in

23    the case that he was there that he could testify to say

24    the truth.

25         Q.    Is Melvin's telephone number 305-███████?
```



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 35 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                                    35

```
 1        A.    I would have to check it on my phone.

 2              305            .

 3        Q.    Who's Raymond Perez?

 4        A.    I don't know him.

 5        Q.    Did you ever record or keep a log of your

 6   hours that you worked for Window Mart?

 7        A.    Yes, I would keep a log of the -- of the days

 8   and how much they would -- I would log the day on when I

 9   would get paid.

10        Q.    Okay.  What did you do with that log?

11        A.    I have it at home.

12        Q.    Have you provided that log to your lawyers?

13        A.    Yes, I told them what I had done.

14        Q.    Did you provide the log to your lawyers?

15        A.    A copy.

16        Q.    Okay.  When did you provide it?

17        A.    When I solicited to be defended.

18              MR. AMIT:  Steve, is there any reason why we

19        weren't provided that with the initial disclosure?

20              MR. FRASER:  For the record, I'm not being --

21              MR. AMIT:  Yeah, we can do this conversation

22        outside the record.  It's not --

23              MR. FRASER:  Yeah.

24              MR AMIT:  That wasn't the intent of it.  It's

25        not your deposition.
```

```
 1              All right.  We'll take a one-minute break

 2         because I'm being asked to address something on an

 3         emergency basis.

 4                   (Brief recess)

 5    BY MR. AMIT:

 6         Q.    Did you ever go to Home Depot, anyplace like

 7    that to purchase anything for Window Mart?

 8         A.    Not that I recall.

 9         Q.    Okay.  And did you ever go to any of the

10    suppliers and purchase anything there for Window Mart?

11         A.    I went to get -- I went to get -- I went to

12    get glass a few times at -- at a company but not -- one

13    time, I went to get a stripe -- to stripe to get --

14         Q.    What is that?  Strybuc?

15         A.    Strybuc but not many times.

16         Q.    Where is Strybuc located?

17         A.    57th and 138th of Opa-Loca.

18         Q.    Okay.  So it's within Miami-Dade County?

19         A.    Yes.

20         Q.    Okay.  Did you purchase anything at Strybuc

21    or did you just load the van or truck and brought it to

22    Window Mart?

23         A.    I went to get a small part that came in a box

24    but I don't know what it was.

25         Q.    Okay.  Let me just go over my stuff and I may
```

```
 1    be done really soon.

 2              Did you always work six days a week or was

 3    there anytime where you stopped working six days and

 4    started working five days?

 5       A.    Two months before 2014 finished, I was doing

 6    five days a week.

 7       Q.    So you mean in October of 2014?  Is that what

 8    you're saying?

 9       A.    Yes.  Two months before, I was just working

10    five days a week but the hours were the same.

11              MR. AMIT:  Okay.  I have nothing further.

12              MR. FRASER:  Just a few follow-up questions.

13              MR. AMIT:  Sure.

14                    CROSS-EXAMINATION

15    BY MR. FRASER:

16       Q.    I'm going to ask you a few follow-up

17    questions to his questions.  Okay.  So you're also known

18    as Abel Gerez.

19       A.    Yes, Abel Gerez.

20       Q.    But your full legal titled name as it appears

21    on records in the United States is Abel Danildo Gerez

22    Batista.

23       A.    Is Abel Danildo Gerez Batista.

24       Q.    Is that correct?

25       A.    Yes, it is correct.  When I sign, I never
```



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 38 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                              38

```
 1    sign -- I never sign my complete name.  I just sign

 2    Abel D. Gerez.  And specifically the complete name.

 3         Q.    Do you know why they did not want to take

 4    your Social -- when I say they, do you know why they,

 5    the defendants, Liliana Morales and Luis Morales did not

 6    want to take your Social Security number?

 7              MR. AMIT:  Object to form.

 8              THE WITNESS:  They said don't pay your

 9         Social Security, you're too old.  Maybe next year,

10         in two or three months.

11    BY MR. FRASER:

12         Q.    Who said that to you?

13         A.    Liliana.  So she said to just open a bank

14    account and always just deposit 100 that I was going to

15    get more from this.

16         Q.    Did you ever complain to her about the hours

17    you were working?

18         A.    Yes, a few times and about the Social also.

19         Q.    Do you recall her response?

20         A.    She said that more -- further on that an

21    hour, she was just paying a day which is a hundred

22    dollars a day.

23         Q.    Now Window Mart is located on 7th Street?

24         A.    Yes, 7th Street Northwest.

25         Q.    And that's where both Liliana and Luis work?
```



```
 1          A.    Yes.  They are the owners there.

 2          Q.    Is that building on the corner of 7th and --

 3          A.    Yes, on the corner of 120th.

 4          Q.    And how many doors does that location have?

 5          A.    One on the corner, one towards the side of

 6     7th Avenue and two more at the back and one in the

 7     backroom.

 8          Q.    And where do -- where do the materials come

 9     in?  Which door do the materials arrive?

10          A.    They would open the big gate.  They would

11     open the door to the backroom.  They had a deposit

12     there, material deposit.  And the screen -- the material

13     for the screens would come in the other door.

14                I want to ask you a question.

15                MR. AMIT:  There's no question pending.

16     BY MR. FRASER:

17          Q.    And you reported to Liliana and Luis?

18          A.    Yes, both of them.

19          Q.    They were your bosses?

20          A.    Yes, they were my bosses.

21          Q.    Both controlled your schedule?

22          A.    Yes, both but more Liliana.

23          Q.    Who trained you to --

24          A.    Luis Morales trained me to work outside with

25     the windows.
```



```
 1        Q.    And would Liliana pay you ever?

 2        A.    She would be the one to pay me all the time.

 3   Otherwise, she would leave the check signed so Luis

 4   would hand it to me.

 5        Q.    Who did you report to daily?

 6        A.    I would come in at eight.  I would come in at

 7   eight a.m. and I knew what I had to do.  I would prepare

 8   everything.  I would wait for them to get in.  They

 9   would come in at 10, 11 sometimes.  We would take out

10   all the work that was pending there and then from there,

11   we would go out into the street.

12        Q.    Who had the key to let you in?

13        A.    Hensen Moreno is the one that had the key.

14              MR. AMIT:  You want to take a break and let

15        her drink a little.

16                   (Brief recess)

17              MR. FRASER:  What did he just say?

18              THE WITNESS:  Hensen Marino had the key and

19        would open before I would get there.

20   BY MR. FRASER:

21        Q.    Now, during the relevant period of time,

22   during the time that you worked there at Window Mart at

23   that location on the corner of 7th Street, did you work

24   Saturdays?

25        A.    Yes, I did work Saturdays up to two months
```



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 41 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                    41

 1    before I left.

 2        Q.    And what time did -- what time -- what time

 3    did the shop close on Saturdays?

 4        A.    When we were there, I would leave at

 5    five p.m. because it was Saturday, but they would stay

 6    up to later on.  After -- after I left and Hensen Medina

 7    also left and they started to close earlier.

 8        Q.    But, during the time that you were working

 9    there, they were open on Saturdays till five?

10        A.    More.  More than five.  I had their car,

11    their vehicle.  They would give it to me so I would

12    drive it home.  So I would do more hours.  Otherwise,

13    they would have to come and open the gate to bring the

14    vehicle in.

15        Q.    Now did you ever pick up any supplies at

16    Barton Kramer?

17        A.    No, another guy would go.  I was too far.  I

18    didn't know how to get there.  Raoul would go.

19        Q.    Do you know if Strybuc has any other location

20    outside of Florida?

21        A.    From what I understand, there was some notes

22    that would say Pennsylvania.

23        Q.    Now you saw the invoices daily, correct?

24        A.    Yes, because we would have to unpack and when

25    the material would get in, they would be in with the



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 42 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                          42

```
 1    material.
 2         Q.    And how much daily total on average did
 3    Window Mart make?
 4              MR. AMIT:  Objection to form.
 5    BY MR. FRASER:
 6         Q.    If you know.
 7         A.    From what I -- from what -- from what I
 8    could -- from what I could see, from what I would bring
 9    with -- I could see it was 2,000 to 2,500.  From what I
10    would bring, that would be like -- the 500 would be
11    within that amount and there was always a lot of
12    clients.
13         Q.    How much does that add up to a year, if you
14    know?
15              MR. AMIT:  Objection to form.
16              THE WITNESS:  I would have to add.  I don't
17         know.
18    BY MR. FRASER:
19         Q.    More than 500,000?
20              MR. AMIT:  Objection to form.
21    BY MR. FRASER:
22         Q.    If you know.
23         A.    Well, while I was there, they were making
24    2,000, 2,500, maybe a little more or less but more or
25    less in that range.
```



```
 1          Q.    How many days in a year, if you know?

 2                MR. AMIT:  Objection to form.

 3                THE WITNESS:   Three hundred and sixty-five

 4       days.

 5   BY MR. FRASER:

 6          Q.    Multiply that by on average 2,500.

 7          A.    Well, they didn't open on Sundays.

 8          Q.    Okay.

 9          A.    Maybe 600, 700,000.

10          Q.    You worked with windows and doors?

11          A.    Yes.  I would fix.

12          Q.    On a window, how many parts come in a window?

13                MR. AMIT:  Objection to form.

14   BY MR. FRASER:

15          Q.    If you know.

16          A.    It would depend on the window they have.

17   There's the up and down window has two balances -- has

18   two balances on the sides that -- and it could have one

19   or two locks on top or under and it's just one panel

20   that you're picking up.  And the other one is a fixed

21   panel on the window.  So the -- so the only type of

22   windows are three, two, four and five panels.  So they

23   have the little parts on the sides that -- that lock and

24   when -- sometimes they break so it has a bar on the

25   bottom that when you just turn the knob, that's when it
```

 1    locks up so --

 2        Q.    Does it have wheels on it?

 3        A.    The ones that have wheels are the ones you

 4    roll -- you can roll but the other are balances you pick

 5    up.  And the others are the opening and closing to the

 6    handle and those are the most -- are the ones that get

 7    the most -- are harder to fix.

 8        Q.    Did Window Mart ever sell the material, the

 9    windows that you were working on, the final product to

10    other companies?

11        A.    The company we would work for -- do other

12    work, it would be the screens for -- for buildings,

13    windows -- and windows that also were -- were bought by

14    these buildings.

15        Q.    These buildings bought windows and screens

16    from Window Mart?

17        A.    Yes.  I would -- yes, I would do 60, 70, a

18    hundred screens.  When I would finish, I would take

19    sometimes to Miami to -- so some people that did

20    maintenance work in the buildings were the ones that

21    would install the screens.

22        Q.    These were the same screens that came from

23    China?

24              MR. AMIT:  Objection to form.

25              THE WITNESS:  The material would get in



```
 1        from -- yes, from China to make the screens.

 2   BY MR. FRASER:

 3        Q.    How do you know this?

 4        A.    Because on the box, it said Barton Kramer.

 5        Q.    Barton Kramer?

 6        A.    They would -- they would sell just the rolls

 7   of screens on 12-foot rolls, 48 feet and 36-feet rolls

 8   or 300 feet.

 9             MR. FRASER:  Nothing further.

10             MR. AMIT:  I have redirect.

11             MR. FRASER:  He has some follow-up questions.

12                    REDIRECT EXAMINATION

13   BY MR. AMIT:

14        Q.    All right.  Barton Kramer, remind me, that

15   was in Hialeah?

16        A.    It's behind the airport, near the airport.

17        Q.    Barton Kramer is not in China, right?

18        A.    But the repairs -- the parts said made in

19   China.

20        Q.    Okay.  And the materials would come to

21   Window Mart and you would build screens out of those

22   materials?

23        A.    Yes.  Yes, I would unpack and I would cut and

24   just do the screens.

25        Q.    Okay.  Would you ever install screens that
```



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 46 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                    46

1    came already built into buildings?

2        A.   No, they did not come already installed --

3    already made.  I would make them.

4        Q.   Okay.  Now we talked a little bit about your

5    job functions earlier.  Was it ever part of your

6    responsibility to count the amount of money coming into

7    the company every day?

8        A.   I just deliver there but I could see there

9    was a lot of clients.

10       Q.   Okay.  And physically, in your hand, the

11   maximum that you ever held was $800, correct?

12       A.   Yes, what we would bring from outside.

13       Q.   Right.  And that happened rarely, correct?

14       A.   Yes, very, very little.

15       Q.   Usually it was between two and $400 that you

16   would have in your own hand, correct?

17       A.   Yes, 200, 300.

18            MR. AMIT:  Okay.  That's it.  I have nothing

19        further.

20            Will he read?

21            MR. FRASER:  We'll waive.

22            MR. AMIT:  Waive?

23            MR. FRASER:  Yeah.

24            MR. AMIT:  Okay.  I will order a copy of it,

25        please.



ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                                47

```
1    MR. FRASER:  Can we have a copy?

2    THE COURT REPORTER:  Thank you.

3      (Proceedings concluded at 12:00 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 48 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                              48

```
 1                    CERTIFICATE OF OATH
                    INTERPRETED PROCEEDINGS
 2

 3    STATE OF FLORIDA  )

 4    COUNTY OF BROWARD )

 5

 6         I, Sheryl N. Bussinger, CSR, and Notary Public,

 7    State of Florida, certify that the interpreter, MAYRA SANCHEZ,

 8    and ABEL DANILDO GEREZ BATISTA personally appeared before me

 9    on December 4, 2015, and were duly sworn.

10         Signed this 11th day of December, 2015.

11

12

13

14

15

16

17

18    _____
      Sheryl N. Bussinger, CSR
19    Notary Public - State of Florida
      My Commission No.: FF 199740
20    My Commission Expires: April 19, 2019

21

22

23

24

25
```



Case 1:15-cv-20094-DPG   Document 47-3   Entered on FLSD Docket 12/22/2015   Page 49 of 55

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA                                              49

```
 1                C E R T I F I C A T E

 2

 3     STATE OF FLORIDA  )

 4     COUNTY OF BROWARD )

 5

 6          I, Sheryl N. Bussinger, CSR, Court Reporter and

 7     Notary Public, certify that I was authorized to and did

 8     stenographically report the deposition of ABEL DANILDO

 9     GEREZ BATISTA, that a review of the transcript was not

10     requested; and that the foregoing transcript, pages 4

11     through 47, is a true and accurate record of my

12     stenographic notes.

13          I FURTHER CERTIFY that I am not a relative,

14     employee, attorney, or counsel of any of the parties, nor

15     am I a relative or employee of any of the parties'

16     attorney or counsel connected with the action, nor am I

17     financially interested in the action.

18          DATED this 11th day of December, 2015.

19

20

21          _____
            Sheryl N. Bussinger, CSR
22          Notary Public - State of Florida
            My Commission No.: FF 199740
23          My Commission Expires: 4/19/2019

24

25
```



ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA

**$**

**$400** 30:21,22,24
46:15

**$70** 23:15

**$800** 31:4,5,10,11
46:11

**0**

**044** 18:8

**0853** 18:8

**1**

**1** 15:21

**10** 13:18 14:16 19:2
40:9

**100** 30:24 38:14

**10th** 13:21,23

**11** 10:13 40:9

**118th** 7:25

**12-foot** 45:7

**12/14/1949** 7:23

**12005** 19:15

**120th** 39:3

**12:00** 47:3

**132-02** 8:24

**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** 8:23

**136th** 12:3

**138th** 36:17

**15** 34:3

**19** 14:16 19:2

**19th** 14:1

**2**

**2** 30:24

**2,000** 30:14 42:9,24

**2,500** 30:14,16 42:9,
24 43:6

**20** 34:3,4

**200** 31:15 46:17

**2003** 10:13

**2013** 12:12 13:4,6,
18,23,24 14:16 19:2
30:11 31:20

**2014** 8:9 13:8,9,11
14:1,16 19:2 31:20
37:5,7

**229** 18:8

**24** 6:13

**275** 7:25

**3**

**3** 30:24

**300** 30:21,22 31:12,
15 45:8 46:17

**305-335-3214** 34:25
35:2

**305-407-0525** 12:7

**32** 24:17

**33161** 8:1

**36-feet** 45:7

**4**

**441** 22:3

**48** 45:7

**4th** 12:3

**5**

**500** 42:10

**500,000** 42:19

**56** 18:8

**57th** 13:13 36:17

**6**

**6** 29:13

**60** 23:14 44:17

**600** 43:9

**6:30** 29:14,16

**7**

**7** 29:14,16

**70** 44:17

**700,000** 43:9

**786-436-8395** 9:3

**7th** 13:20 14:22
19:15,18 38:23,24
39:2,6 40:23

**8**

**8** 29:13

**800** 31:16

**8th** 24:17

**9**

**93** 8:11

**9873** 8:25

**A**

**A-b-e-l** 7:14

**a.m.** 29:13,15 40:7

**Abel** 4:8 7:11,14
37:18,19,21,23 38:2

**ability** 6:13,18

**accommodate** 5:15

**account** 16:24
17:16,18,23 18:9,10,
13,14,16,18 30:2,17
38:14

**accountant** 30:18

**accountants** 30:5

**accurate** 32:8

**accurately** 5:24

**add** 24:4 42:13,16

**addition** 28:20

**address** 7:24 8:6
11:19 36:2

**Adi** 4:15

**advisement** 8:16,17

**ahead** 7:3

**airport** 25:15 45:16

**allegations** 32:17

**aluminum** 24:10

**America** 17:17,18
18:11,17

**Amit** 4:12,15 8:20,
21 9:1,24 10:18,23
11:5,11,16 12:22
13:19,22 15:17,20
16:5,8,11 17:24
18:2,6,22,25 19:20
26:6 29:17 32:1,20,
23 33:3 35:18,21,24
36:5 37:11,13 38:7
39:15 40:14 42:4,15,
20 43:2,13 44:24
45:10,13 46:18,22,
24

**amount** 16:20 28:6,
16 30:25 42:11 46:6

**answering** 14:12

**answers** 5:7

**anyplace** 36:6

**anytime** 37:3

**appears** 37:20

**arrive** 39:9

**assuming** 24:22

**Astro** 8:11

**attorney** 4:15 5:10
7:3,7

**attorneys** 4:24

**August** 13:18,20,21,
23 14:16 19:2

**authorized** 25:19

**Avenue** 14:22 19:16,
18 39:6

**average** 42:2 43:6

**B**

**B-a** 7:15

**B-a-t-i-s-t-a** 7:15

**back** 18:21 23:21
25:6 39:6

**backroom** 39:7,11

**bad** 10:17

**balances** 43:17,18
44:4

**bank** 16:24 17:16,
17,18,23 18:9,10,11,
13,16,17 30:2,3,17
38:13

**bar** 43:24

**Barton** 25:15 41:16
45:4,5,14,17

**basis** 10:14,25 22:24
24:8 36:3

**Batista** 4:8 7:11,15,
16 16:12 37:22,23

**Beach** 22:3,4,15

**began** 13:18

**behalf** 27:15,20

**belong** 34:10

**belonged** 15:10
16:24

**big** 39:10

**birth** 7:22

**bit** 46:4

**Body** 14:9

**born** 10:10

**bosses** 39:19,20

**bottom** 43:25

**bought** 23:12 44:13,
15

**box** 25:16 36:23 45:4

**break** 5:14 15:18
29:24 36:1 40:14
43:24

**breaks** 29:18,19



ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA

Index: Brickell..final

**Brickell** 11:18,23

**bring** 23:13 30:21 41:13 42:8,10 46:12

**brought** 30:22 31:1 36:21

**Broward** 22:5

**build** 45:21

**building** 39:2

**buildings** 44:12,14, 15,20 46:1

**built** 46:1

**business** 19:6 26:15

**buy** 8:9 23:9,17,19 25:14

---

**C**

**C-o-n-r-a-d-o** 12:21

**call** 22:13 26:14,17

**called** 26:24 28:25

**Capital** 18:12

**car** 8:8,10 41:10

**card** 10:8 11:6 18:14,15,19,20 27:25

**carrier** 9:6

**case** 7:8 32:24 34:23

**cases** 24:1

**cash** 15:6,7 25:4,5,6 27:24 30:23

**cell** 9:4,5 12:8

**check** 15:6,7 16:15, 21,23 17:7,12,15,20 35:1 40:3

**checks** 15:5,8,9,10, 13 16:25 17:9,12

**Chevy** 8:11

**children** 10:2

**China** 25:16 44:23 45:1,17,19

**Christoff** 28:23 29:3

**citizen** 10:6 11:9

**claim** 34:9,13,16

**claiming** 33:21

**clean** 29:6

**client** 26:20

**clients** 23:13 26:21 29:7 42:12 46:9

**close** 41:3,7

**closing** 44:5

**comment** 33:15,23

**commented** 33:15, 21

**communicate** 26:12

**companies** 44:10

**company** 13:1 14:10 19:21 20:6,17 21:13 24:20 25:15 31:6 36:12 44:11 46:7

**complain** 38:16

**complaint** 32:18,23 33:20

**complaints** 32:19, 22

**complete** 38:1,2

**computer** 27:5,6,7,9

**concise** 5:5

**concluded** 47:3

**conduct** 5:13

**confuse** 5:6

**Conrado** 12:19 13:1,11

**Conrado's** 12:23

**consult** 26:16

**controlled** 39:21

**conversation** 34:12 35:21

**copy** 13:5,15 16:15 17:7 35:15 46:24 47:1

**corner** 39:2,3,5 40:23

**correct** 6:1 14:23 15:15 16:18 17:5,12 24:4,15 25:8 26:8,25 28:15 31:16,23 37:24,25 41:23 46:11,13,16

**correctly** 4:5 6:14

**correspondence** 27:17

**count** 30:19 46:6

**country** 10:16,25

**County** 22:1,15 26:22 36:18

**court** 4:24 6:3,4 15:24 16:6 47:2

**CPA** 30:18

**credit** 18:13,15,19

**CROSS-EXAMINATION** 37:14

**crystals** 14:10 19:23 21:2

**Cuban** 28:12

**current** 7:24

**customers** 27:22

**cut** 45:23

**cutting** 23:2

---

**D**

**D-a-n-i-l-d-o** 7:14

**daily** 22:24 40:5 41:23 42:2

**Danildo** 4:8 7:11,14 37:21,23

**date** 7:22

**daughter** 11:9,12

**day** 21:14 29:9,13 30:14,16,21,22 31:1, 15 35:8 38:21,22 46:7

**days** 29:10,11 34:3,4 35:7 37:2,3,4,6,10 43:1,4

**debit** 18:19

**December** 14:1,16 19:2

**defendants** 4:16,18 13:16 14:5,8 15:2 38:5

**defended** 35:17

**delay** 15:20

**deliver** 46:8

**depend** 43:16

**depending** 29:14

**deposed** 4:21

**deposit** 38:14 39:11, 12

**deposition** 4:19 7:1, 4 35:25

**Depot** 36:6

**describe** 22:22

**detailed** 22:22

**details** 15:12

**DIRECT** 4:11

**directly** 27:25

**disclosure** 16:2 35:19

**discussion** 5:11

**discussions** 14:14

**divorced** 11:22

**document** 15:1

**documentation** 16:3

**documents** 6:25

**dollars** 23:11 29:9 31:7,8 33:13 38:22

**door** 21:12 31:2,18 39:9,11,13

**doors** 20:7,11,19 21:6,7,8 31:3 39:4 43:10

**drink** 40:15

**drive** 41:12

**drove** 24:22

**duly** 4:9

---

**E**

**earlier** 29:25 41:7 46:5

**economically** 10:17

**emergencies** 24:6

**emergency** 24:1 36:3

**employed** 14:2,8,15, 21,24

**English** 4:6,7 5:19, 21

**entity** 14:8,15,20,21 15:9 16:23 19:1

**estimates** 21:16,18, 19

**EXAMINATION** 4:11 45:12

**examined** 4:10

**exhibit** 15:21,25 16:7

**expect** 5:3

**expensive** 23:15

**explain** 5:2

**extent** 5:21

---

**F**

**facility** 21:12 24:15, 18,21 25:2,6

**favor** 34:21

**fax** 27:10,13

**feeling** 34:6

**feet** 45:7,8

**Fifteen** 34:4

**file** 12:10,12 13:8

**filed** 8:19 17:23 31:20 32:8,24

**final** 44:9



ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA

Index: finances..making

**finances** 30:8

**finish** 5:11,22 44:18

**finished** 37:5

**fix** 19:24 21:7 31:2, 17 43:11 44:7

**fixed** 43:20

**Flagler** 13:13

**Florida** 7:25 19:18 22:19,21 26:12,15, 23,25 41:20

**follow-up** 37:12,16 45:11

**forgot** 29:25

**form** 10:15,21 11:2,8 15:16 31:22 38:7 42:4,15,20 43:2,13 44:24

**frames** 24:14

**FRASER** 8:16 10:15,21 11:2,8 13:17 15:16,22 16:1 17:22 18:1,4,24 31:22 35:20,23 37:12,15 38:11 39:16 40:17,20 42:5, 18,21 43:5,14 45:2, 9,11 46:21,23 47:1

**front** 16:13 30:19 33:17

**full** 7:10 37:20

**function** 22:23

**functions** 46:5

**G**

**G-e-r-e-z** 7:15

**G-l-a-d** 9:21

**G-l-a-d-y-s** 9:22

**gate** 39:10 41:13

**gave** 21:22

**Gerez** 4:8 7:11,15 37:18,19,21,23 38:2

**gesture** 6:8

**give** 6:18 8:13,17 15:17 17:10 21:21 25:3,5 27:24 41:11

**Gladys** 9:19,21,22

**glass** 21:2,9 30:15 31:3 36:12

**glasses** 21:3

**Good** 4:13

**green** 10:8 11:6

**grossed** 30:11

**Group** 14:20 17:4

**guy** 25:21 28:12 41:17

**H**

**H-e-n** 25:24

**H-e-n-s-e-n** 26:1

**H-o-r-t-a** 11:15

**half** 15:6 29:21

**hand** 6:8 31:6 40:4 46:10,16

**handed** 25:8

**handle** 44:6

**hands** 31:1

**happen** 31:9

**happened** 46:13

**happy** 5:8

**harder** 44:7

**head** 6:5,8

**held** 31:1 46:11

**helping** 29:6

**Hensen** 25:21,23,24, 25 26:1,4 28:11,22 29:3 33:1 40:13,18 41:6

**Hialeah** 45:15

**hold** 31:5,10

**home** 13:7,15 35:11 36:6 41:12

**Horta** 11:13,15

**hour** 29:21 38:21

**hours** 6:13 33:8 34:9,13,17 35:6 37:10 38:16 41:12

**hundred** 29:9 31:7, 8,12 33:13 38:21 43:3 44:18

**hyphenations** 7:19

**I**

**identification** 15:21

**identify** 32:16

**important** 6:19,21

**inaccurate** 31:21

**includes** 28:18

**including** 28:5

**incorrect** 24:4

**indicating** 16:17

**individual** 4:18

**individuals** 29:2 32:16

**information** 32:7, 17 33:7

**initial** 16:2 35:19

**inside** 23:24

**install** 20:7,19,20 21:6 22:16,20 23:25 31:2 44:21 45:25

**installations** 20:14 22:6

**installed** 20:25 24:6 46:2

**installs** 14:10

**instance** 30:11

**intent** 35:24

**interfere** 6:13,18

**International** 14:20 17:3,4,9

**interpreter** 4:5,9 5:19 8:25 9:22 11:14 12:21 13:21 19:18 26:5 29:16 32:19,21

**invoices** 28:2 41:23

**IRS** 32:10

**items** 24:7

**J**

**job** 20:23 22:23 26:11,18 30:1 46:5

**jobs** 14:3,4 21:24

**K**

**key** 40:12,13,18

**kind** 8:10 10:24 24:22

**knew** 32:25 33:12 40:7

**knob** 43:25

**knowledge** 30:7 33:10

**Kramer** 25:15 41:16 45:4,5,14,17

**L**

**L-u-c-i-a-n-a** 11:15

**lady** 13:14 28:25

**lady's** 13:15

**landline** 9:4

**late** 30:20 32:9

**lawyers** 33:20 35:12,14

**leave** 30:20 40:3 41:4

**left** 29:1 33:18 41:1, 6,7

**legal** 37:20

**lessened** 28:17

**letter** 7:5

**letters** 27:15,19

**Liliana** 14:25 16:22 21:23 26:8 28:5,10, 18,21 38:5,13,25

**39:17,22 40:1

**Liliana's** 32:6

**live** 12:1

**lived** 11:23 12:2

**lives** 11:18

**LLC** 14:20 17:3,4

**load** 36:21

**located** 36:16 38:23

**location** 19:7,11,13 39:4 40:23 41:19

**locations** 19:3,4,5,8

**lock** 43:23

**locks** 43:19 44:1

**log** 35:5,7,8,10,12,14

**long** 5:16 8:2,5 9:8, 10 11:23,24 26:10 34:2,4

**longer** 25:21

**looked** 30:1

**lot** 6:3 23:6 24:16 42:11 46:9

**Luciana** 11:13,14,17

**Luis** 14:25 21:23 23:18 25:7,8 26:8 28:5,10,18,21 38:5, 25 39:17,24 40:3

**Luis'** 32:6

**lunch** 29:18,21,23

**lunchtime** 29:22

**M**

**M-e-d-i-n-a** 26:5

**machine** 27:10,13

**made** 16:16,18 23:22 24:5 25:16 30:16 45:18 46:3

**maintenance** 44:20

**make** 25:12,14 30:14 32:7 42:3 45:1 46:3

**making** 22:25 23:4 42:23



**Orange Legal**
**800-275-7991**

ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA

Index: man..recess

**man** 20:23 22:8

**manner** 5:9

**March** 10:13

**Marino** 40:18

**marked** 15:21

**marking** 15:24 16:6

**married** 9:16 11:21

**Mart** 4:17 14:17,18, 19,22,23 15:2,11,14, 15 17:1,10 26:11,13 27:3,5,16,18,20 28:2,5 30:10 31:20 35:6 36:7,10,22 38:23 40:22 42:3 44:8,16 45:21

**Mart's** 30:2,4,8 32:5

**Marta** 29:1,3,5

**material** 19:6 39:12 41:25 42:1 44:8,25

**materials** 19:5,10 25:18 39:8,9 45:20, 22

**matter** 4:16 33:20

**maximum** 28:16 30:25 46:11

**MAYRA** 4:4

**medication** 6:12

**Medina** 26:4 33:2 41:6

**meet** 7:3

**melts** 24:20

**Melvin** 22:11,17 33:1,4,21,24,25 34:12

**Melvin's** 22:12 34:25

**mentioned** 29:3

**metal** 24:18 25:3

**Metropcs** 9:7,14

**Miami** 7:25 19:18 22:3 44:19

**Miami-dade** 22:1 26:21 36:18

**midday** 29:5

**middle** 7:19

**Mine** 31:23

**minor** 31:13

**momentarily** 29:5

**Monday** 29:11

**money** 30:19,25 33:16 46:6

**month** 31:10

**month-and-a-half** 7:9

**months** 11:24 37:5,9 38:10 40:25

**Morales** 14:25 16:22 21:23 25:7 38:5 39:24

**Moreno** 40:13

**morning** 4:13,14

**multiple** 19:7

**Multiply** 43:6

**N**

**N-o-e-l-i-a** 9:23

**named** 29:1

**names** 7:12,19,20,21 9:20

**nature** 6:8

**needed** 21:8,20 26:16 29:21

**nodding** 6:5

**nods** 6:8

**Noelia** 9:19,23

**nonverbal** 6:6

**Northeast** 7:25

**northwest** 12:2 19:15,17 24:17 38:24

**notes** 41:21

**notice** 5:18 6:2

**November** 8:9

**number** 8:12,14,22 9:2,8,13 12:4,6,24 15:21 17:19,23 18:3, 18 34:25 38:6

**O**

**oath** 4:19,25 6:22 18:18

**Object** 10:15,21 11:2,8 15:16 31:22 38:7

**Objection** 13:17 42:4,15,20 43:2,13 44:24

**objections** 5:12

**objects** 5:10

**occasion** 31:16

**October** 37:7

**odd** 14:3,4

**office** 27:6,11 29:6

**offices** 19:8

**one-minute** 36:1

**Opa-loca** 36:17

**open** 38:13 39:10,11 40:19 41:9,13 43:7

**opening** 44:5

**order** 46:24

**orders** 25:17 26:8

**overtime** 34:9,16

**owners** 39:1

**P**

**p.m.** 29:16 41:5 47:3

**paid** 15:4 29:8,9 33:11,12 34:17 35:9

**Palm** 22:15

**panel** 43:19,21

**panels** 43:22

**part** 23:21 26:11 29:22 30:1 36:23 46:5

**parts** 20:9,10,11 24:9,10,14 25:11 43:12,23 45:18

**passport** 10:22 11:4

**past** 6:13 7:17 18:10, 17

**pay** 25:4 27:22,25 28:2 33:17 38:8 40:1,2

**paying** 38:21

**penalty** 6:23

**pending** 5:16 39:15 40:10

**Pennsylvania** 41:22

**people** 6:3 23:10 28:4,6,14 44:19

**Perez** 35:3

**period** 40:21

**perjury** 6:23

**permission** 10:24

**person** 12:17,18 21:9 22:7,9

**person's** 22:10

**personal** 30:7 33:10

**phone** 9:4,5 12:6,8 27:2 35:1

**phonetic** 14:9

**physically** 46:10

**pick** 41:15 44:4

**picking** 43:20

**pickup** 24:24

**place** 25:17

**places** 19:8

**preparation** 7:1

**prepare** 13:11 40:7

**prepared** 12:16

**price** 21:21,22

**problems** 32:10

**proceedings** 47:3

**process** 5:3

**product** 44:9

**professional** 12:17

**property** 8:2

**provide** 35:14,16

**provided** 35:12,19

**purchase** 36:7,10,20

**put** 24:14 31:3

**putting** 23:2

**Q**

**quantity** 16:19

**question** 5:7,16,21, 24 14:12,13 16:1 32:21 39:14,15

**questions** 4:20,24 5:4,11,20,22 6:10,14 37:12,17 45:11

**quote** 23:16 34:14

**R**

**R-i-v-e-r-o** 9:23

**range** 42:25

**Raoul** 28:22 29:3 41:18

**Raoul's** 28:23

**rarely** 46:13

**Raymond** 35:3

**read** 15:11,12 18:7 46:20

**reason** 6:17 31:19 35:18

**recall** 11:20 14:7 15:9 17:11,14 19:14, 19 36:8 38:19

**receipt** 25:9

**receive** 15:5 33:16

**received** 15:1,8

**receiving** 17:11

**recess** 15:19 36:4 40:16



ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA

Index: record..waive

**record** 5:24 6:5 15:22 17:22 35:5,20, 22

**records** 37:21

**recycling** 24:12,18

**redact** 17:24

**redacted** 8:18 17:23

**redirect** 45:10,12

**reflect** 5:24

**regular** 24:7

**relevant** 40:21

**Relo** 14:9

**remember** 11:19 12:19 13:14 17:6 19:22

**remind** 45:14

**rent** 8:3,4

**repair** 19:25 21:1 23:9,11 25:11

**repaired** 23:15,22 24:5 30:15

**repairing** 20:5

**repairs** 19:23 20:2 31:13 45:18

**repeat** 5:8

**replace** 21:1,8,11

**replacement** 21:25

**report** 40:5

**reported** 39:17

**reporter** 4:24 6:3,4 15:24 16:6 47:2

**requested** 11:10

**reside** 9:25 11:17

**resided** 8:5

**resident** 10:7

**respect** 4:20

**respond** 5:23 6:7,14

**response** 5:6,25 14:14,15 16:4,5,8 38:19

**responses** 6:6

**responsibility** 20:14 46:6

**rest** 32:3

**restate** 5:9

**returns** 31:20 32:8

**revenue** 30:11

**review** 6:25

**Rivero** 9:19,23

**roll** 44:4

**rolls** 45:6,7

**room** 4:23

---

**S**

**SANCHEZ** 4:4

**Saturday** 29:11 41:5

**Saturdays** 40:24,25 41:3,9

**schedule** 29:12 39:21

**screen** 23:3 39:12

**screening** 23:7

**screens** 22:25 23:4, 7,22 24:5 25:12,14 39:13 44:12,15,18, 21,22 45:1,7,21,24, 25

**section** 12:2

**Security** 8:12,14 18:2 38:6,9

**sell** 19:23,24 20:3,4,9 23:10,15 24:11 30:14 44:8 45:6

**selling** 20:6

**send** 27:15,19

**series** 5:4

**served** 4:16

**shop** 41:3

**short** 5:5

**showing** 16:10

**side** 39:5

**sides** 43:18,23

**sign** 37:25 38:1

**signed** 16:21 40:3

**simple** 14:13,14

**sitting** 4:23

**sixty-five** 43:3

**slowly** 22:23

**small** 36:23

**Social** 8:12,13,18 12:15 18:2 31:25 38:4,6,9,18

**solicited** 35:17

**son** 28:12,23

**sound** 10:17

**south** 22:3,4

**southwest** 12:3

**Spanish** 4:6 5:19,23

**speak** 33:19,25

**specifically** 14:7 15:12 34:11 38:2

**spell** 7:12 9:20 25:23

**spoke** 26:24 30:6

**spoken** 6:7 30:4

**started** 37:4 41:7

**stated** 18:18

**States** 37:21

**stay** 41:5

**Steve** 35:18

**stop** 13:25 14:11

**stopped** 37:3

**store** 19:5 26:17,19 27:24 28:1 29:20

**street** 7:25 38:23,24 40:11,23

**strike** 25:10

**stripe** 36:13

**Strybuc** 36:14,15, 16,20 41:19

**stuff** 36:25

**Sundays** 43:7

**supplement** 16:2,9

**suppliers** 36:10

**supplies** 41:15

**sworn** 4:5,9

---

**T**

**talked** 30:18 46:4

**tax** 31:19 32:8

**taxes** 12:10,16 13:5, 8,11 31:24 32:5,6

**telephone** 9:2 12:4, 23 34:25

**telling** 17:13

**ten** 7:17

**Terrace** 12:3

**testified** 4:10

**testify** 34:21,23

**testimony** 4:19 6:19

**thing** 33:22

**things** 6:8 24:3

**till** 29:5 41:9

**time** 5:1,14 7:7 9:10 16:3,9 23:8 26:10 28:5,7,15 29:4 36:13 40:2,21,22 41:2,8

**times** 20:25 24:1 28:9 31:12,13 36:12, 15 38:18

**titled** 37:20

**today** 5:3,18 6:19,22 7:1,4,6

**told** 7:13 34:15,16 35:13

**top** 17:9 43:19

**total** 42:2

**tourist** 10:19 11:3,7

**trained** 39:23,24

**transcribes** 6:4

**transcript** 8:19

**translate** 4:6

**translating** 5:22

**translation** 5:20

**truck** 24:22,23,24 36:21

**truth** 34:24

**truthful** 5:7

**truthfully** 6:15

**turn** 43:25

**two-minute** 15:18

**type** 31:18 43:21

---

**U**

**U.S.** 10:6,12 11:9

**understand** 5:3,7,9, 21 6:14,19,21 41:21

**understanding** 5:20

**United** 37:21

**unpack** 41:24 45:23

**upset** 34:6,8

**Uruguay** 10:11

**usable** 24:11

---

**V**

**van** 24:23 36:21

**vehicle** 41:11,14

**version** 5:23

**visa** 10:20 11:4

---

**W**

**wait** 40:8

**waiting** 5:16

**waive** 46:21,22



ABEL DANILDO GEREZ BATISTA vs. WINDOW MARK, INC.
ABEL DANILDO GEREZ BATISTA

Index: waived..Zip

**waived** 5:13

**wanted** 34:13,16

**week** 31:10 37:2,6, 10

**wheels** 21:7 31:3 44:2,3

**wife's** 9:18

**window** 4:17 14:17, 18,19,22,23 15:2,11, 14,15 17:1,10 19:23 20:11 21:12 23:14 26:11,13 27:3,5,16, 18,20 28:2,4 30:2,4, 8,10 31:20 32:5 35:6 36:7,10,22 38:23 40:22 42:3 43:12,16, 17,21 44:8,16 45:21

**windows** 19:24 20:1,3,4,5,6,20,25 21:3,6,8 23:9,10,13, 15,19,23,25 24:5,6, 11,13 25:12 30:15 39:25 43:10,22 44:9, 13,15

**WM** 14:20 17:4

**word** 6:7

**words** 6:4

**work** 13:16 19:4 23:6 26:16 27:8,23 33:5 37:2 38:25 39:24 40:10,23,25 44:11,12,20

**worked** 13:2 14:8 19:1,9,10 26:13 27:3 28:4,6 33:1,5,8 35:6 40:22 43:10

**working** 12:14 13:25 14:4,9 26:20 29:4 37:3,4,9 38:17 41:8 44:9

**write** 22:23

_____

**Y**

_____

**yard** 24:14

**year** 12:10 38:9 42:13 43:1

**years** 7:17 8:7 9:11, 12 10:9 18:10,17

_____

**Z**

_____

**Zip** 19:19

