# Bank of America

WM INTERNATIONAL GROUP LLC | Account # ████0669 | November 1, 2014 to November 30, 2014

## Check images - continued
Account number: ████0669



Check number: 1040 | Amount: $1,000.00

















continued on the next page
Page 8 of 10