

**WINDOW AND DOOR HARDWARE**

# INVOICE

| | |
|---|---|
| Number | 988468-1 |
| Invoice Date | 04/17/2013 |
| Ordered Date | 03/13/2013 |
| Page | 1 |

Bill to: WINDOW MART
12005 NW 7th AVE
MIAMI, FL 33168-2604

Ship to: WINDOW MART
12005 NW 7th AVE
MIAMI, FL 33168-2604

Phone: (305) 687-0808  Fax: (305) 687-2402

Phone: (305) 687-0808  Fax: (305) 687-2402

| Cust Code | Ordered By | Salesman | Job/Rel# | Customer PO | Wanted Date |
|---|---|---|---|---|---|
| 17993 | LUIS | ALEX GONZALEZ | | LUIS | 03/13/2013 |

| Entered By | Ship Via | Terms |
|---|---|---|
| sramos | PICK UP AT COUNTER | COD   CASH ON DEL. PRICES |

| Quantity | | | U/M | Item # | Description | Price | Extension |
|---|---|---|---|---|---|---|---|
| Order | Ship | Back | | | | | |
| 1 | 1 | 0 | EA | 500-99 | SPECIAL ORDER NON RETURNABLE | 0.0000 | 0.00 |
| 20 | 20 | 0 | EA | 85-P26WHD-3 | 26in WHT PLASTIC TUBE BAL 5/8 WITH 1/2 ROLL PIN YELLOW PAWL | 8.4400 | 168.80 |

| | SubTotal | 168.80 |
|---|---|---|

### Payments

| Type | Number | Amount |
|---|---|---|
| CHECK TD BANK | | $168.80 |
| | | |
| | | |
| | | |

*Paid By CREDIT CARD/CHECK.. Thank You*

| | Payments | 168.80 |
|---|---|---|
| | Total | 0.00 |



800-352-0800   STRYBUC.COM   800-382-9541

2006 Elmwood Avenue • Sharon Hill, PA 19079
610-534-3200 • Sales Fax: 610-534-3202
Purchasing Fax: 610-534-3201 • E-mail: cservice@strybuc.com

500 West 84th Street • Hialeah, FL 33014
305-887-3500 • Fax: 305-887-3050
E-mail: cservice@strybuc.com



**WINDOW AND DOOR HARDWARE**

# INVOICE

| | |
|---|---|
| Number | 1031624-1 |
| Invoice Date | 09/04/2013 |
| Ordered Date | 09/03/2013 |
| Page | 1 |

Bill to: WINDOW MART
12005 NW 7th AVE
MIAMI, FL 33168-2604

Ship to: WINDOW MART
12005 NW 7th AVE
MIAMI, FL 33168-2604

Phone: (305) 687-0808  Fax: (305) 687-2402

Phone: (305) 687-0808  Fax: (305) 687-2402

| Cust Code | Ordered By | Salesman | Job/Rel# | Customer PO | Wanted Date |
|---|---|---|---|---|---|
| 17993 | LUIS | ALEX GONZALEZ | | 0903 | 09/03/2013 |

| Entered By | Ship Via | Terms |
|---|---|---|
| Suzie Polanco | PICK UP AT COUNTER | COD  CASH ON DEL. PRICES |

| Quantity Order | Ship | Back | U/M | Item # | Description | Price | Extension |
|---|---|---|---|---|---|---|---|
| 3 | 3 | 0 | EA | 900-7323W | INSWING DOOR LATCH SET-WHITE<br>RHM P/N:  SDH 54 | 9.9500 | 29.85 |

| Payments | | |
|---|---|---|
| Type | Number | Amount |
| CHECK TD BANK | | $29.85 |

*Paid By CREDIT CARD/CHECK.. Thank You*

| | |
|---|---|
| SubTotal | 29.85 |
| Payments | 29.85 |
| Total | 0.00 |



800-352-0800    STRYBUC.COM    800-382-9541

2006 Elmwood Avenue • Sharon Hill, PA 19079
610-534-3200 • *Sales Fax:* 610-534-3202
Purchasing Fax: 610-534-3201 • *E-mail:* cservice@strybuc.com

500 West 84th Street • Hialeah, FL 33014
305-887-3500 • *Fax:* 305-887-3050
*E-mail:* cservice@strybuc.com



**strybuc**
INDUSTRIES
**WINDOW AND DOOR HARDWARE**

# INVOICE

| | |
|---|---|
| Number | 1053755-2 |
| Invoice Date | 03/05/2014 |
| Ordered Date | 12/05/2013 |
| Page | 1 |

Bill to: WINDOW MART
12005 NW 7th AVE
MIAMI, FL 33168-2604

Ship to: WINDOW MART
12005 NW 7th AVE
MIAMI, FL 33168-2604

Phone: (305) 687-0808  Fax: (305) 687-2402

Phone: (305) 687-0808  Fax: (305) 687-2402

| Cust Code | Ordered By | Salesman | Job/Rel# | Customer PO | Wanted Date |
|---|---|---|---|---|---|
| 17993 | LUIS | ALEX GONZALEZ | | 12-05 | 12/05/2013 |

| Entered By | Ship Via | Terms |
|---|---|---|
| Aldo Cuba | PICK UP AT COUNTER | COD  CASH ON DEL. PRICES |

| Quantity | | | U/M | Item # | Description | Price | Extension |
|---|---|---|---|---|---|---|---|
| Order | Ship | Back | | | | | |
| 25 | 25 | 0 | EA | 13-499W | PATIO DOOR HANDLE SET WHITE CENTER LATCH   NO MORTISE | 18.9500 | 473.75 |

|  |  |  |
|---|---|---|
|  | SubTotal | 473.75 |

| Payments | | |
|---|---|---|
| Type | Number | Amount |
| CHECK TD BANK | | $473.75 |
| CHECK TD BANK | | $473.75 |

| | |
|---|---|
| Payments | 473.75 |
| Total | 0.00 |

*Paid By CREDIT CARD/CHECK.. Thank You*



800-352-0800   STRYBUC.COM   800-382-9541

2006 Elmwood Avenue • Sharon Hill, PA 19079
610-534-3200 • *Sales Fax:* 610-534-3202
*Purchasing Fax:* 610-534-3201 • *E-mail:* cservice@strybuc.com

500 West 84th Street • Hialeah, FL 33014
305-887-3500 • *Fax:* 305-887-3050
*E-mail:* cservice@strybuc.com



**strybuc** INDUSTRIES
**WINDOW AND DOOR HARDWARE**

# INVOICE

| | |
|---|---|
| Number | 1096265-1 |
| Invoice Date | 06/24/2014 |
| Ordered Date | 06/23/2014 |
| Page | 1 |

Bill to: WINDOW MART
12005 NW 7th AVE
MIAMI, FL 33168-2604

Ship to: WINDOW MART
12005 NW 7th AVE
MIAMI, FL 33168-2604

Phone: (305) 687-0808   Fax: (305) 687-2402

Phone: (305) 687-0808   Fax: (305) 687-2402

| Cust Code | Ordered By | Salesman | Job/Rel# | Customer PO | Wanted Date |
|---|---|---|---|---|---|
| 17993 | LUIS | ALEX GONZALEZ | | 06-23 | 06/23/2014 |

| Entered By | Ship Via | Terms |
|---|---|---|
| Aldo Cuba | PICK UP AT COUNTER | COD   CASH ON DEL. PRICES |

| Quantity Order | Ship | Back | U/M | Item # | Description | Price | Extension |
|---|---|---|---|---|---|---|---|
| 24 | 24 | 0 | EA | 34-95-3 | LOCKING HANDLE WHITE<br>RHM P/N:  CWL129 WH | 4.5300 | 108.72 |
| 4 | 4 | 0 | EA | 750-1997063 | UPPER SCREEN ROLLER 1-1/4"<br>NYLON WHEEL<br>RHM P/N:  PSR207 | 5.6000 | 22.40 |
| 6 | 6 | 0 | EA | 750-1997310 | LOWER SCR ROLLER 1-1/4 NYLON<br>RHM P/N:  PSR182 | 4.9900 | 29.94 |

SubTotal   161.06

**Payments**

| Type | Number | Amount |
|---|---|---|
| CHECK TD BANK | | $161.06 |

*Paid By CREDIT CARD/CHECK.. Thank You*

Payments   161.06
Total   0.00



800-352-0800   STRYBUC.COM   800-382-9541

2006 Elmwood Avenue • Sharon Hill, PA 19079
610-534-3200 • *Sales Fax:* 610-534-3202
*Purchasing Fax:* 610-534-3201 • *E-mail:* cservice@strybuc.com

500 West 84th Street • Hialeah, FL 33014
305-887-3500 • *Fax:* 305-887-3050
*E-mail:* cservice@strybuc.com